| Date | Pleading Number | |
|---|---|---|
| 10/10/75 | 1. | MOTION & SUPPORTING BRIEF -- Pltf. George Gelman for transfer of related actions arising from Def. Westinghouse Electric Corp.'s false public statements re: remaining in major appliance business while negotiating to sell Major Appliance Division. w/certificate of service on involved counsel & clerks REQUESTED TRANSFEREE FORUM: W.D. Pennsylvania |
| 10/20/75 | | APPEARANCES -- E. Nathan for Pltf. George Shulof P. Goldberg for pltf. Paul E. Slater D. B. Fawcett, Jr. for def. D. H. McGannon J. W. Douglas for Westinghouse Electric Corp. & 21 individual defendants in A-1 & A-2 |
| 10/28/75 | 2 | RESPONSE -- MEMO -- DEFENDANTS represented by COVINGTON & BURLING |
| 10/28/75 | 3 | RESPONSE -- MEMO -- PLFT. GEORGE SHULOF w/cert. of service |
| 10/29/75 | 4 | RESPONSE -- PAUL E. SLATER w/cert. of service |
| 10/30/75 | | APPEARANCE -- Howard A. Specter for George Gleman |
| 11/4/75 | 5 | RESPONSE -- PLTF. SHULOF w/cert. of service |
| 11/11/75 | | HEARING ORDER -- Setting A-1 through A-3 for Hearing, December 12, 1975, Philadelphia, Penna. |
| 11/25/75 | 6 | MOVANT'S SUPPLEMENTAL BRIEF -- w/copy of J. Lasker's order of Nov. 13 transferring (A-2) to the W.D. PA. under 28 U.S.C. §1404 |
| 11/25/75 | 7 | RESPONSE TO MOVANT'S SUPPLEMENTAL BRIEF -- GEORGE SHULOF |
| 12/1/75 | 8 | RESPONSE --SUPPLEMENT -- ALL DEFENDANTS EXCEPT D.H. MCGANNON w/cert. of Service |
| 12/9/75 | | LETTER -- GEORGE SHULOF -- w/letter to J. Lasker stating no objections to Section 1404 transfer/service indicated |
| 12/9/75 | 9 | WITHDRAWAL OF MOTION -- GEORGE GELMAN w/cert. of service |
| 12/9/75 | | ORDER -- DENYING TRANSFER OF LITIGATION AS MOOT -- VACATING THE HEARING SET FOR DEC. 12. Notified counsel, involved judges, W.D. Pa. clerk, all judges. |
| 12/10/75 | 10 | SECOND SUPPLEMENTAL RESPONSE -- ALL DEFENDANTS EXCEPT D. H. MCGANNON w/cert. of service |

DOCKET NO. 231 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE WESTINGHOUSE ELECTRIC CORP. SECURITIES FRAUD LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) 12/4/75

Consolidation Ordered ____   Name of Transferee Judge _____

Consolidation Denied ✓   Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | George Gelman v. Westinghouse Electric Corp., et al. | W.D.Pa. Teitelba | 75-1070 | | | | |
| A-2 | Geroge Shulof, etc. v. Westinghouse Electric Corp. | S.D.N.Y. | 1404(a) tr to W.Pa 75Civ.4371 75-1497 | 11/13/75 | | | |
| A-3 | Paul E. Slater, etc. v. Westinghouse Electric Corp., et al. | N.D.Ill. Kirkland | 1404(a) tr W.Pa 75C-3044 | 12/4/75 | | | |
|  | Martin Simon, etc. v. Westinghouse Electric Corp., et al. | E.D. Pa. | 76-874 | | | | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>231</u> -- <u>IN RE WESTINGHOUSE ELECTRIC CORP.</u>

<u>SECURITIES FRAUD LITIGATION</u>

| Plaintiff | Defendant |
|---|---|
| <u>GEORGE GELMAN (A-1)</u><br>Howard A. Specter, Esquire<br>Litman, Litman, Harris & Specter<br><br>Pittsburgh, PA   15219<br><br><br><u>GEORGE SHULOF (A-2)</u><br>Edward Nathan, Esquire<br>Suite 2404<br>345 Park Avenue<br>New York, New York   10022<br><br><br><u>PAUL E. SLATER, ETC. (A-3)</u><br>Perry Goldberg, Esquire<br>Specks & Goldberg, Ltd.<br>120 S. LaSalle Street<br>Chicago, Illinois   60603 | WESTINGHOUSE ELECTRIC CORP.<br>D. C. BURNHAM         M. K. EVANS<br>G. L. WILCOX          C. E. HAMMOND<br>R. E. KIRBY           J. W. SIMPSON<br>W. N. LETSON          R. B. READ<br>J. B. FERGUSON        L. K. EILERS<br>K. R. BENDETSEN       H. O. BERCHER<br>R. B. GOODKIN         D. F. HORNIG<br>J. F. McGILLICUDDY    R. MILLIKEN<br>R. R. PIVIROTTO       N. NOKIN<br>J. M. SCHIFF          H. TAYLOR, JR.<br><u>M. WHITMAN</u><br>John W. Douglas, Esquire<br>888 Sixteenth St., N.W.<br>Washington, D.C.   20006<br><br><br><u>D. H. McGANNON</u><br>David B. Faweett, Jr., Esquire<br>Dickie, McCamey & Chilcote<br>3180 U. S. Steel Building<br>Pittsburgh, PA   15219 |

JP Form 3

p. ___

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 231 -- IN RE WESTINGHOUSE ELECTRIC CORP. SECURITIES
dc                  FRAUD LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Westinghouse Electric Corp. | A-1  A-2  A-3 |
| D. C. Burnham | A-1  A-3 |
| M. K. Evans | A-1  A-3 |
| G. L. Wilcox | A-1  A-3 |
| C. Hammond | A-1 |
| R. E. Kirby | A-1  A-3 |
| D. H. McGannon | A-1 |
| J. W. Simpson | A-1  A-3 |
| W. N. Letson | A-1 |
| R. B. Read | A-1 |

p. _____

| | |
|---|---|
| J. B. Ferguson | A-1 |
| K. R. Bendetsen | A-3 |
| H. O. Bercher | A-3 |
| L. K. Eilers | A-3 |
| R. B. Gookin | A-3 |
| D. F. Hornig | A-3 |
| J. F. McTillicuddy | A-3 |
| R. Milliken | A-3 |
| N. Nokin | A-3 |
| R. Pivirotto | A-3 |
| J. M. SChiff | A-3 |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __231__ -- IN RE WESTINGHOUSE ELECTRIC CORP. SECURITIES FRAUD LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| H. Taylor, Jr. | A-3 |
| M. Whitman | A-3 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __231__ -- IN RE WESTINGHOUSE ELECTRIC CORP. SECURITIES FRAUD LITIGATION